IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL MICHAELIS, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No.  3:17-CV-1117-M-BH |
| § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
|     Defendant. § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed April 25, 2022, for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  Accordingly, the *Motion for Award of Attorney Fees under 406(b) of the Social Security Act*, filed November 19, 2021 (doc. 28), is **GRANTED**, and the plaintiff is awarded $10,367.00 in attorney's fees, to be made payable directly to him and mailed to his counsel.

**SIGNED** this 13th day of May,  2022.

BARBARA M. G. LYNN
CHIEF JUDGE